UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-20501-CIV-MORENO

RUBEN SEBASTIAN,

    Plaintiff,

vs.

JAVIER ORTIZ, CITY OF MIAMI, and
RODOLFO LLANES,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL AND
## ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Mediator Matthew Hodes calling and informing the Court on September 27, 2019 of a settlement in this matter. Accordingly, it is

ADJUDGED that in light of the parties settling this action, this case is **DISMISSED** in accordance with the settlement agreement. The Court shall retain jurisdiction for six months to enforce the terms of the settlement agreement. It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this _30th_ of September 2019.

                              FEDERICO A. MORENO
                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record